**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ROY MOGEL, TODD D. LINDSAY and JOSEPH R. THORLEY, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 07-CA-10955 NMG |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a subsidiary of UNUMPROVIDENT CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, plaintiffs Roy Mogel, Todd D. Lindsay and Joseph R. Thorley respectfully move for Class Certification of a class consisting of all persons who satisfy each of the following criteria:

a.  At any time during the "class period," defined as (i) that period of time dating from April 5, 1994 and continuing to the present for the putative class members who also were members of the plaintiffs class in *Unum I,* and (ii) the six (6) year period immediately preceding the filing of this complaint for all other putative class members;

b.  They were beneficiaries under group life insurance policies issued by Unum, which are employee benefit plans within the meaning of 29 U.S.C. § 1002 (3); and

c.  Under which Defendant paid death benefits through the creation of a Unum Security Account.

A Memorandum of Law in support of the motion is being filed under seal concurrently with this motion.

DATED:      June 15, 2009

Respectfully submitted,

/s/ Stuart T. Rossman_____
Stuart T. Rossman BBO #430640
Charles M. Delbaum BBO #543225
THE NATIONAL CONSUMER LAW CENTER
7 Winthrop Square , 4th[th] Floor
Boston, MA 02110
(617) 542-8010
(617) 542-8028 (fax)

| | |
|---|---|
| Jeffrey G. Casurella | M. Scott Barrett |
| LAW OFFICES OF | BARRETT & ASSOCIATES |
| JEFFREY G. CASURELLA | 520 North Walnut Street |
| 400 Interstate N. Parkway, Suite 310 | P.O. Box 5233 |
| Atlanta, GA 30339 | Bloomington, IN 47407-5233 |
| (770) 858-1660 | (812)334-2600 |
| (770) 858-1665 (fax) | (812)337-8850 (fax) |
| | |
| Helen Cleveland | John C. Bell, Jr. |
| ROBERTS, ERCK & CLEVELAND | Lee W. Brigham |
| 945 East Paces Ferry Road | BELL & BRIGHAM |
| Suite 2220 Resurgens Plaza | Post Office Box 1547 |
| Atlanta, GA 30326-1125 | Augusta, Georgia 30903-1547 |
| (404)760-2792 | (706) 722-2014 |
| (404)233-2404 (fax) | (706) 722-7552 (fax) |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via the Court's CM/ECF electronic filing system on June 15, 2009.

/s/ Stuart T. Rossman_____
Stuart T. Rossman (BBO# 430640)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square,  4th[th] Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org

*Attorney for the Plaintiffs*