UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------------------------------x<br>ROY MOGEL, TODD D. LINDSAY, and JOSEPH R. THORLEY, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>vs.<br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a subsidiary of UNUMPROVIDENT CORPORATION,<br>Defendant.<br>------------------------------------------------------x | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civ. No. 07-CA-10955 NMG<br><br>HON. NATHANIEL M. GORTON |

## JOINT MOTION FOR APPROVAL OF PROPOSED *CY PRES* RECIPIENTS

Class Counsel and Defendant's Counsel hereby jointly move the Court to approve the following three legal support groups as the recipients of all unclaimed or unallocated settlement funds less than $50,000, if any, as determined by the Settlement Administrator under the provisions of Section 2.11 of the Stipulation of Settlement,[1] to be equally divided among the three organizations:

---

[1] Section 2.11 of the Stipulation of Settlement executed by the parties in this action on June 7, 2010, provides:

> In the event that the total amount of all unclaimed or unallocated settlement funds is more than $50,000, then the Settlement Administrator shall distribute those unclaimed or unallocated funds to the Class Members who have already received settlement funds. The supplemental amount to be distributed to each such individual shall be determined by multiplying the unclaimed or unallocated amount by the amount initially distributed to the particular individual and by then dividing that factor by the total amount of previously distributed funds. In the event that the total amount of all unclaimed or unallocated settlement funds is less than $50,000, then the Settlement Administrator shall pay all such funds to qualifying charity(ies) or legal support group(s) to be selected by Class Counsel. The qualifying charity(ies) or legal support group(s), along with the amount(s) of each proposed payment, shall be approved by the Court prior to payment. No unclaimed, undelivered or uncashed funds will revert to Unum.

1

1. <u>Legal Assistance Corporation of Central Massachusetts, Worcester, Mass.</u>

The Legal Assistance Corporation of Central Massachusetts ("LACCM") is the state-funded civil legal aid program for Central Massachusetts. LACCM provides free civil legal assistance to low-income and elderly residents of Worcester County. With over twenty advocates, LACCM specializes in elder law, government benefits, eviction defense, immigration law, housing and employment discrimination, and family law matters affecting domestic violence victims. Last year, LACCM helped nearly 3,500 clients remain in their homes, obtain benefits to meet their basic needs, and provide a safe environment in which to raise their children.

2. <u>Pine Tree Legal Assistance, Portland, Maine.</u>

Pine Tree Legal Assistance ("Pine Tree") is a nonprofit corporation with 501(c)(3) status established in 1966 by private attorneys in Maine to promote access to justice by providing high quality free legal assistance responsive to the immediate needs of individual low-income clients and to address the long-range barriers to justice affecting low-income people in Maine. Pine Tree provides free individual representation in such areas as housing, health care, and income. Pine Tree also provides outreach and community education, works with entities that serve low income people, including social service providers, members of the private bar and the court system. Over the past 40 years, Pine Tree has provided help to over 400,000 Maine people through its offices in every part of the state, from Presque Isle to Portland.

3. <u>Legal Aid of East Tennessee, Chattanooga, Tenn.</u>

The mission of Legal Aid of East Tennessee ("LAET") is to ensure equal justice for elderly, abused, and low-income people by providing a broad scope of civil legal assistance and advocacy. LAET has been part of the community fabric of East Tennessee for more than 40 years, serving 26 counties from Chattanooga to Johnson City. With offices in Chattanooga, Cleveland, Knoxville, Johnson City, Maryville, and Morristown, LAET provides civil legal representation to East Tennesseans who would otherwise have no one to help them secure their basic legal rights. LAET provides civil legal assistance to approximately 8,000 individuals each year.

Respectfully Submitted,

Roy Mogel, Todd D. Lindsay and Joseph R. Thorley
By their attorneys,

/s/ Stuart T. Rossman
Stuart T. Rossman (BBO# 430640)
Charles M. Delbaum (BBO #543225)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square  4th Floor
Boston, MA 02110
(617) 542-8010



Unum Life Insurance Company of America
By its attorneys,

/s/ Gavin G. McCarthy
Gavin G. McCarthy (BBO# 657522)
Byrne J. Decker
William J. Kayatta, Jr.
PIERCE ATWOOD
1 Monument Square
Portland, ME  04101
(207) 791-1350

Dated:  August 24, 2010

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above Joint Motion for Approval of Proposed Cy Pres Recipients was served upon the attorney of record for each other party via the Court's CM/ECF electronic filing system on August 24, 2010.

      /s/Stuart T. Joint_____
      Stuart T. Joint (BBO# 430640)
      NATIONAL CONSUMER LAW CENTER
      7 Winthrop Square, 4th Floor
      Boston, MA 02110
      (617) 542-8010
      sJoint@nclc.org

      *Attorney for the Plaintiffs*